J. Wasserman and A. Millner, trading as Wasserman & Millner, appellants, v. Mrs. Anna Mulvaney, also known as A. E. Mulvaney, appellee. Gen. No. 35,160.

 Heard in the third division of this court for the first district at the April term, 1931. Opinion filed March 16, 1932.

Sidney Rosenblum, for appellants. No appearance for appellee.

Mr. Justice Friend delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Law Gow, plaintiff in error. Gen. No. 35,202.

 Heard in the third division of this court for the first district at the June term, 1931. Opinion filed March 16, 1932.

Charles A. Wagner, for plaintiff in error; Elwyn E. Long, of counsel. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Friend delivered the opinion of the court.

---

James A. Malcom, appellant, v. L. A. Grafno, appellee. Gen. No. 35,223.

 Heard in the third division of this court for the first district at the June term, 1931. Opinion filed March 16, 1932. Rehearing denied March 29, 1932.

Julius S. Neale, for appellant; Bernard W. Vinissky, of counsel. Miller, Gorham & Wales, for appellee; Edward R. Adams and Herbert C. DeYoung, of counsel.

Mr. Justice Friend delivered the opinion of the court.

---

William F. Bisson, appellee, v. Joseph H. Beuttas et al., appellants. Gen. No. 35,232.

 Heard in the third division of this court for the first district at the June term, 1931. Opinion filed March 16, 1932.

Church, Haft, Robertson & Crowe, for appellants; Burt A. Crowe, of counsel. H. H. Patterson and Harry F. Payer, for appellee.

Mr. Justice Friend delivered the opinion of the court.